FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 19 AM 7:58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK MARGIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-0626** |
| **JO ANNE B. BARNHART**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY** | **SECTION "N" (3)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 18th day of July, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___