FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -5  AM 7: 02

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK MARGIN                                           CIVIL ACTION

VERSUS                                                NO. 04-626

JO ANNE B. BARNHARDT,                                 SECTION "N"(3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Supplemental Report on Remand and Recommendation of the United States Magistrate Judge, and the objections filed by defendant on February 10, 2006 to the Magistrate Judge's Supplemental Report on Remand and Recommendation, hereby approves the Supplemental Report on Remand and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that Commissioner's Motion for Summary Judgment is DENIED, the Commissioner's decision is REVERSED and the case is REMANDED for further proceedings consistent with this supplemental report.

New Orleans, Louisiana, this 4th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dkto____
_✓_ CtRmDep__
___ Doc. No._____